JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KAYTLIN REYES, et al,<br><br>Defendants. | CASE NO. 5:22-CV-00889 SVW (SHKx)<br>Honorable Stephen V. Wilson<br><br>ORDER ON JOINT STIPULATION RE REMAINING INTERPLEAD FUNDS AND DISMISSAL OF THE ACTION |

## ORDER

Having reviewed the stipulation of the parties, and for good cause appearing therefore, IT IS ORDERED as follows:

1. All claims relating to this lawsuit over the Guardian Life insurance policies are **DISMISSED** by the Court with prejudice and without cost to either Defendant-in-Interpleader.

2. Pursuant to Local Rule 67-2, the Clerk is authorized and directed to deduct from the income earned on the Interplead Funds on deposit with this Court a registry fee not to exceed the amount prescribed by the Judicial Conference of the United States.

//

Robert E. Knudsen
*Attorney at Law*
Bar No. 144214
222 N. Mountain Ave
Suite 100
Upland, CA 91786
Tel (909) 482-1086

-1-

ORDER ON JOINT STIPULATION RE REMAINING INTERPLEAD FUNDS...

3. Pursuant to Local Rule 67-3, the Clerk is authorized to deduct from the income earned on the Interplead Funds on deposit with this Court, or the principal if there are not sufficient funds in the interest accrued to cover transaction or service fees, any transaction or service fees charged by the financial institution where the Interplead Funds are deposited.

4. The Defendant-in-Interpleader Sheila Ortiz shall recover from the Interplead Funds on deposit with the Court the sum of Twelve Thousand Five Hundred Dollars ($12,500.00), which shall be disbursed by the Court by check made payable to "Peter R. Nasmyth Attorney Client Trust Account" and sent to Sheila Ortiz's counsel of record Peter R. Nasmyth, 269 W. Bonita Ave., Claremont, CA, 91711.

5. The Defendant-in-Interpleader Kaytlin Reyes shall recover from the Interplead Funds on deposit with the Court all remaining funds on deposit. After making the deductions and disbursements set forth in paragraphs 2, 3, and 4 above, the Clerk shall then disburse all remaining Interplead Funds on deposit by check made payable to "Robert E. Knudsen Attorney Client Trust Account" and sent to Kaytlin Reyes' counsel of record Robert E. Knudsen, 222 N. Mountain Ave., Suite 100, Upland, CA 91786.

**IT IS SO ORDERED.**

Dated: November 29, 2022

HONORABLE STEPHEN V. WILSON
JUDGE, UNITED STATES DISTRICT COURT

Robert E. Knudsen
Attorney at Law
Bar No. 144214
222 N. Mountain Ave
Suite 100
Upland, CA 91786
Tel (909) 482-1086

-2-

ORDER ON JOINT STIPULATION RE REMAINING INTERPLEAD FUNDS...